**Opinion issued January 5, 2023**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-21-00055-CV

———————————

**ISAAC VILLARREAL, Appellant**

**V.**

**NICOLE BORCHARD VILLARREAL, Appellee**

---

**On Appeal from the 247th District Court**
**Harris County, Texas**
**Trial Court Case No. 2015-04746**

---

## MEMORANDUM OPINION

Appellant's brief was originally due on October 29, 2021. The Court granted two extensions until March 18, 2022. On July 25, 2022, the Court issued a notice that we might dismiss the appeal if appellant did not file a brief or motion for extension on or before August 4, 2022. Appellant did not file a timely brief or

request an extension.

Accordingly, we dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1) (authorizing dismissal for failure to file brief); TEX. R. APP. P. 42.3(b) (allowing involuntary dismissal of case). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Kelly, Landau, and Farris.